**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**MELISSA BLEVINS,**

**Plaintiff,**

**v.**

**Civil Action 2:25-cv-1413**
**Judge Algenon L. Marbley**
**Magistrate Judge Chelsey M. Vascura**

**ATRIUM CENTERS MANAGEMENT LLC,**

**Defendants.**

# ORDER

This matter is before the Court on the parties' Rule 26(f) Report, in which the parties request that "the Court reserve the entering of a Scheduling Order (and allow the Parties to further meet and confer if needed) until after the entry of an Order on the Motion to Dismiss." (ECF No. 27.) For good cause shown, the parties' motion is **GRANTED**. The Preliminary Pretrial Conference currently scheduled for September 14, 2026, is **VACATED**. The parties shall file a joint Rule 26(f) report **WITHIN TWENTY-ONE DAYS** of the Court's resolution of Defendants' Motion to Dismiss (ECF No. 22), which will prompt the Court to reschedule the Preliminary Pretrial Conference if necessary.

**IT IS SO ORDERED.**

*/s/ Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE